# EXHIBIT B

# US 11403932 B2 Verna
# vs
# Regroup Mass Notification

1

# U.S. Patent No. 11,403,932



Claims priority from a provisional application 5/24/2011

Total patent Term Adjustments: 188 days

# Related Products

- The following chart is based on the review of Regroup's Web Site.





https://www.regroup.com/

3

# Related Products

- Emergency Notification <u>appeared on</u> Regroups web site <u>on</u>, and after Dec 31 2011. It <u>did not</u> appear <u>before this time</u>.



https://web.archive.org/web/20111231205327/https://www.regroup.com/welcome



https://web.archive.org/web/20111009053106/http://www.regroup.com/welcome

4

1. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

generating and converting a text message indicative of the emergency situation into a digitized voice alert; and

converting the digitized voice alert into at least one language selected from a plurality of languages for broadcast of the digitized voice alert through the at least one wireless hand held device; and

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

# US 11,403,932 Claim 1

| | |
|---|---|
| 1. A method for providing instant emergency **voice alerts** to wireless hand held device users in a specified region, the method comprising: | Regroup Mass Notification system provides instant emergency alerts (for example, "**active shooter**") such as voice alerts "**Call(TTS/Voice)**" to wireless hand held device users, (for example a "cell phone") in a specified region (for example "**Choose recipients via map**") or ("**select Regroup Locations**")". |



https://youtu.be/CuqH8PBx3wk?t=9

Mass Notification System - Emergency Notification Software For Enterprise - Regroup

6

# US 11,403,932 Claim 1

| determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | Regroup Mass Notification system provides instant emergency alerts (for example, "**active shooter**") such as voice alerts "**Call(TTS/Voice)**" to wireless hand held device users, (for example a "cell phone") in a specified region (for example "**Choose recipients via map**") or ("**select Regroup Locations**")". |
|---|---|





https://youtu.be/CuqH8PBx3wk?t=9



Mass Notification System - Emergency Notification Software For Enterprise - Regroup

7

# US 11,403,932 Claim 1

| | |
|---|---|
| generating and converting a text message indicative of the emergency situation into a digitized voice alert; and | Regroup Mass Notification system can **generate and convert a text message indicative of the emergency situation into a digitized voice alert to allow the message to be received on the user's Mobile device.** |



https://youtu.be/CuqH8PBx3wk?t=9



Mass Notification System - Emergency Notification Software For Enterprise - Regroup

10

# US 11,403,932 Claim 1

| | |
|---|---|
| converting the digitized voice alert into at least one language selected from a plurality of languages for broadcast of the digitized voice alert through the at least one wireless hand held device; and | Regroup Mass Notification system can convert the digitized voice alert into at least one language "**Regroups Automatic message Translation feature**" selected from a plurality of languages **"translated into 63 languages…..."** for broadcast of the digitized voice alert through the at least one wireless hand held device; and |

## Regroup's Automatic Message Translation Feature

August 22, 2019

Regroup's Automatic Message Translation feature enables you to send a single notification and have it auto-translated into 63 languages automatically based on your recipient's preferred settings. Increase the effectiveness of your emergency and day-to-day notifications, and ensure everyone understands your message when they receive it.

[Regroup's Automatic Translation | Regroup Mass Notification](#)

# US 11,403,932 Claim 1

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

Regroup Mass Notification transmits the digitized voice alert through specific towers of a cellular communications network (shown as a red circle on the map) to a specified region " "drawing a map for a geofence post"". **Regroup would have to transmit the notification though specific cell towers to reach a targeted group.**



https://youtu.be/CuqH8PBx3wk?t=9



Mass Notification System - Emergency Notification Software For Enterprise - Regroup

10

# US 11,403,932 Claim 1

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | Regroup Mass Notification transmits the digitized voice alert "active shooter" through specific towers of a cellular communications network to a specified region" target your message to targeted groups".  Regroup would have to transmit the notification though specific cell towers to reach a targeted group. |



https://youtu.be/CuqH8PBx3wk?t=9

Mass Notification System - Emergency Notification Software For Enterprise - Regroup

10

# US 11,403,932 Claim 18

18. A method for providing instant emergency voice alerts to wireless hand held device users in a specified region, the method comprising:

determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region;

generating and converting a text message indicative of the emergency situation into a digitized voice alert; and

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

# US 11,403,932 Claim 18

| | |
|---|---|
| 18. A method for **providing instant emergency** voice alerts **to wireless hand held device users** in a specified region, the method comprising: | Regroup Mass Notification system provides instant emergency alerts (for example, "**active shooter**") such as voice alerts "**Call(TTS/Voice)**" to wireless hand held device users, (for example a "**cell phone**") in a specified region (for example "**Choose recipients via map**") or ("**select Regroup Locations**")". |



https://youtu.be/CuqH8PBx3wk?t=9



Mass Notification System - Emergency Notification Software For Enterprise - Regroup

6

# US 11,403,932 Claim 18

| determining an emergency situation affecting a specified region and requiring emergency notification of the emergency situation to wireless hand held device users in the specified region; | Regroup Mass Notification system provides instant emergency alerts (for example, "**active shooter**") such as voice alerts "**Call(TTS/Voice)**" to wireless hand held device users, (for example a "**cell phone**") in a specified region (for example "**Choose recipients via map**") or ("**select Regroup Locations**")". |





https://youtu.be/CuqH8PBx3wk?t=9



Mass Notification System - Emergency Notification Software For Enterprise - Regroup

7

# US 11,403,932 Claim 18

| | |
|---|---|
| generating and converting a text message indicative of the emergency situation into a digitized voice alert; and | Regroup Mass Notification system can **generate and convert a text message indicative of the emergency situation into a digitized voice alert to allow the message to be received on the user's Mobile device.** |

https://youtu.be/CuqH8PBx3wk?t=9



[Mass Notification System - Emergency Notification Software For Enterprise - Regroup](#)

10

# US 11,403,932 Claim 18

transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region.

Regroup Mass Notification transmits the digitized voice alert through specific towers of a cellular communications network (shown as a red circle on the map) to a specified region" "drawing a map for a geofence post"". **Regroup would have to transmit the notification though specific cell towers to reach a targeted group.**



https://youtu.be/CuqH8PBx3wk?t=9



Mass Notification System - Emergency Notification Software For Enterprise - Regroup

10

# US 11,403,932 Claim 18

| | |
|---|---|
| transmitting the digitized voice alert through specific towers of a cellular communications network in the specified region for distribution of an emergency announcement about the emergency situation provided by the digitized voice alert to at least one wireless hand held device in communication with the specific towers of the cellular communications network in the specified region. | Regroup Mass Notification transmits the digitized voice alert "active shooter" through specific towers of a cellular communications network to a specified region" target your message to targeted groups". Regroup would have to transmit the notification though specific cell towers to reach a targeted group. |



https://youtu.be/CuqH8PBx3wk?t=9



Mass Notification System - Emergency Notification Software For Enterprise - Regroup

10